JACK MORANTZ et al., Copartners Doing Business as JACK'S WHOLESALE MEAT MARKET, Appellants, v. ELFEN-SEID OPERATING CORP., Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of THOMAS O'BRIEN, Appellant, against TODD'S SHIPYARDS CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Accounting of OWEGO NATIONAL BANK, as Successor Trustee under the Will of ANNA M. DEAN, Deceased.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of MORRIS PATCHEN, Appellant, against ISBET SIGN CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster P. J., Bergan, Coon, Halpern and Zeller, JJ.

HOWARD W. ROTH, an Infant, by IRVING G. ROTH, His Guardian ad Litem, Appellant, v. HENRY LINETT et al., Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of SAM SEGAN, Appellant, against PHILIP MUNCHIK, Doing Business as MUNCHIK'S FISH MARKET et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

LEON L. SMITH, Respondent, v. SHIRLEY A. SMITH, Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of ELEANOR F. STACK, Appellant, against ST. MARY'S HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.